| | |
|---|---|
| JAMES LANG, *Plaintiff*, v. CHARLES SCHWAB & CO., INC. and UBS FINANCIAL SERVICES INC., *Defendants*. | Case No. 1:26-cv-00697 (Removed from Circuit Court of Winnebago County, Wisconsin, Case No. 26CV000278) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants Charles Schwab & Co., Inc. and UBS Financial Services Inc., by their undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby give notice of the removal of this action from the Circuit Court of Winnebago County, Wisconsin to the United States District Court for the Eastern District of Wisconsin. The grounds in support of this Notice of Removal are as follows:

### INTRODUCTION

1.      The parties to this lawsuit are Plaintiff James Lang ("Plaintiff") and Defendants Charles Schwab & Co., Inc. ("Schwab") and UBS Financial Services Inc. ("UBS") (collectively, "Defendants").

2.      On or about March 13, 2026, Plaintiff filed a Summons and Complaint in the Circuit Court of Winnebago County, Wisconsin, Case No. 26CV000278 (the "State Court Action"). A true and correct copy of the Summons, Complaint, and all other process, pleadings, and orders served upon Defendants are attached hereto as Exhibit A.

3. The Complaint asserts claims for: (1) misrepresentation (intentional, strict responsibility, and negligent); (2) unjust enrichment; (3) negligence; and (4) breach of fiduciary duty, all arising from Plaintiff's investments in exchange-traded notes.

4. UBS received service of the Summons and Complaint on March 24, 2026. Schwab received service of the Summons and Complaint on April 1, 2026.

5. Defendants have filed this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b).

## BASIS FOR REMOVAL

6. Removal is proper because Plaintiff's lawsuit involves complete diversity of citizenship between all plaintiffs and all defendants and an amount in controversy exceeding $75,000. *See* 28 U.S.C. §§ 1332, 1441(b).

### A. Amount in Controversy

7. The Complaint alleges that Plaintiff suffered losses of $662,373.38 on his investments. *See* Complaint ¶¶ 13, 26. This amount exceeds the jurisdictional threshold of $75,000 required by 28 U.S.C. § 1332(a).

### B. Diversity of Citizenship

8. Complete diversity of citizenship exists between Plaintiff and Defendants.

9. Plaintiff's Citizenship: Plaintiff is an individual who, at the time this action was filed, was domiciled in the State of Florida, residing at 2850 Gulf Shore Blvd N, Apt. 103, Naples, Florida 34103. *See* Complaint ¶ 1. Accordingly, Plaintiff is a citizen of Florida for diversity purposes.

10. Schwab's Citizenship: Schwab is a California corporation with its principal place of business located at 3000 Schwab Way, Westlake, Texas 76262. *See* Complaint ¶ 2. For purposes of diversity jurisdiction, a corporation is a citizen of both the state in which it is

incorporated and the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). Accordingly, Schwab is a citizen of California and Texas.

11. UBS's Citizenship: UBS is a Delaware corporation that is registered in New York as a foreign business corporation. UBS has its principal place of business located at 1000 Harbor Boulevard, Weehawken, New Jersey 07086. For purposes of diversity jurisdiction, a corporation is a citizen of both the state in which it is incorporated and the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). Accordingly, UBS is a citizen of Delaware and New Jersey.

12. Because Plaintiff is a citizen of Florida and Defendants are citizens of California/Texas and Delaware/New Jersey, there is complete diversity of citizenship between all plaintiffs and all defendants.

## VENUE

13. Venue is proper in this Court under 28 U.S.C. § 1441(a) because this District embraces the place where the State Court Action has been pending.

## CONSENT OF ALL DEFENDANTS

14. All defendants named in this action join in and consent to this Notice of Removal and have indicated their consent by signature below.

## PROCEDURAL REQUIREMENTS

15. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendants are attached hereto as Exhibit A.

16. Pursuant to 28 U.S.C. § 1446(d), promptly after the filing of this Notice of Removal, Defendants will provide written notice of this removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Circuit Court of Winnebago County, Wisconsin.

## RESERVATION OF RIGHTS

17.     The Removing Defendants reserve their rights to supplement or amend this Notice of Removal in the event that additional grounds for removal become apparent.

## PRAYER

18.     For the foregoing reasons, Defendants hereby remove this action from the Circuit Court of Winnebago County, Wisconsin, to the United States District Court for the Eastern District of Wisconsin, and respectfully request such other and further relief as this Court deems just and proper.

Dated:  April 21, 2026

Attorneys for Defendants UBS Financial Services Inc. and Charles Schwab & Co., Inc.

By:    */s/ Kristin C. Foster*
       Kristin C. Foster (SBN 1131939)

       Quarles & Brady LLP
       411 East Wisconsin Ave, Suite 2400
       Milwaukee, WI 53202-4428
       Phone:    +1.414.277.5136
       kristin.foster@quarles.com

       Ryan D. Rainey (SBN 1126885)
       33 East Main Street, Suite 900
       Madison, WI 53703
       Phone:    +1.608.283.2405
       ryan.rainey@quarles.com

       Zachary M. Schmitz
       Katten Muchin Rosenman LLP
       525 West Monroe Street, Suite 1900
       Chicago, Illinois 60661-3693
       Phone:    +1.312.902.5327
       zachary.schmitz@katten.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 21, 2026, I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed and emailed the document to the following:

Charles J. Hertel
210 North Main Street, Suite 100
P. O. Box 886
Oshkosh, WI 54903-0886
Telephone: (920) 235-7300
Facsimile: (920) 235-2011
Email: cjh@dempseylaw.com

Respectfully submitted,

Attorney for Defendants UBS Financial Services Inc. & Charles Schwab & Co. Inc

By: *Kristin C. Foster*
     Kristin C. Foster (SBN 1131939)
     Quarles & Brady LLP
     411 East Wisconsin Ave, Suite 2400
     Milwaukee, WI 53202-4428
     Phone:   +1.414.277.5136
     kristin.foster@quarles.com

- 5 -